UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GERALDINE WALIZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:16-cv-00434-RLY-DML |
| | ) | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Geraldine Walizer filed a request for judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income disability benefits under Titles II and XVI, respectively, of the Social Security Act. The court referred the matter to the Magistrate Judge, who issued her report and recommendation. The Magistrate Judge concluded that the ALJ committed reversible errors and recommended that the court remand the action. Neither party objects. After review, the court **ADOPTS** the Magistrate Judge's report and recommendation (Filing No. 22), **REVERSES** the ALJ,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. As provided by Fed. R. Civ. P. 25(d), she is substituted for Carolyn Colvin.

1

and **REMANDS** this action.

**SO ORDERED** this 7th day of March 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

2